IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMENA WILLIAMS     PLAINTIFF

v.     Cause No. 4:19-cv-04024

THE LINKS AT TEXARKANA, and
THE LINKS AT TEXARKANA LP, and
LINDSEY MANAGEMENT COMPANY     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 1. The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service. This Court directs the U.S. Marshal to serve a copy of the Complaint filed on February 27, 2019 (ECF No. 1) and a copy of this order on Defendants by serving them as follows at the addresses Plaintiff provided:

    The Links at Texarkana
    333 Links Drive
    Texarkana, Arkansas 71854

    The Links at Texarkana LP
    P.O. Box 13000
    Fayetteville, Arkansas 72703

    Lindsey Management Company
    1200 East Joyce Boulevard
    Fayetteville, Arkansas 72703

without prepayment of fees and costs or security thereof. Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 4th day of March 2019.**

                                       /s/ Barry A. Bryant
                                       HON. BARRY A. BRYANT
                                       U.S. MAGISTRATE JUDGE